**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Marion MAYS, Defendant—Appellant.**

**No. 12–6352.**

United States Court of Appeals, Fourth Circuit.

Submitted: April 26, 2012.

Decided: May 1, 2012.

Marion Mays, Appellant Pro Se. Jimmie Ewing, Mark C. Moore, Assistant United States Attorneys, Columbia, South Carolina, for Appellee.

Before GREGORY, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marion Mays appeals the district court's order denying Mays' 18 U.S.C. § 3582(c)(2) (2006) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court and deny Mays' motion to appoint counsel. *United States v. Mays,* No. 1:03–cr–00726–MBS–1 (D.S.C. Dec. 19, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore the court and argument would not aid the decisional process.

*AFFIRMED.*